# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

vs.

No. 19-77, 19-320

PATRICK ACIERNO
Defendant.

**TYPE OF CONFERENCE/HEARING:** Sentencing

Before Judge Ambrose

[illegible]
Doug Maloney
Appear for Plaintiff

Thomas Livingston
Appear for Defendant

Hearing begun: 12/19/19 10:40 AM

Stenographer: Julie Kienzle

Hearing concluded: 12/19/19 11:10 AM

Clerk: Sherry Halfhill / Carolyn Allen
Anne Kurzweg / Susan Schupansky

Defendant sworn and testified.
Jerilynn Acierno sworn and testified.
Judgment order to follow.